146 So. 925

**Gene TAYLOR v. STATE.**
**7 Div. 919.**

Court of Appeals of Alabama.
Feb. 7, 1933.

BRICKEN, Presiding Judge.
Affirmed.

146 So. 926

**Houston TAYLOR v. STATE.**
**8 Div. 721.**

Court of Appeals of Alabama.
March 7, 1933.

BRICKEN, Presiding Judge.
Affirmed.

145 So. 925

**Tillman TAYLOR v. STATE.**
**3 Div. 718.**

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Appeal dismissed.

146 So. 926

**Will TAYLOR v. STATE.**
**8 Div. 664.**

Court of Appeals of Alabama.
Feb. 21, 1933.

RICE, Judge.
Affirmed.

140 So. 927

**Henry C. TEAGUE v. R. B. DODSON.**
**8 Div. 458.**

Court of Appeals of Alabama.
March 22, 1932.

J. N. Powell, of Hartselle, for appellant.
Earney Bland, of Cullman, for appellee.

RICE, J.
Affirmed.

149 So. 927

**Mrs. Troy TEAL v. TOWN OF ALBERT-**
**VILLE.**
**8 Div. 677.**

Court of Appeals of Alabama.
May 18, 1933.

W. C. Rayburn, of Guntersville, for appel-
lant.
Thos. E. Orr, of Albertville, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 924

**Marvin TERRY v. STATE.**
**8 Div. 423.**

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.

139 So. 924

**Marvin TERRY v. STATE.**
**8 Div. 524.**

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.